No. 68463.—Labels Unlimited, Inc. *v.* United States, protest 63/22342 (Tampa).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

No. 68464.—Deer & Lkle, Inc., et al. *v.* United States, protests 249439–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the articles in question are not wholly or in chief value of cotton, rayon, or silk and that said lace is wholly or in chief value of a synthetic fiber (nylon), the claim of the plaintiffs was sustained.

No. 68465.—Max Mayer & Co., Inc. *v.* United States, protest 60/21289 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), and the record showing that the merchandise consists of nylon gloves and mittens similar in use to the silk gloves and mittens, the claim of the plaintiff was sustained.